1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FELIPE SANCHEZ AVILA,               )   Case No. ED CV 11-0955 DMG (JCG)
                                    )
                    Petitioner,     )   **ORDER ACCEPTING REPORT AND**
                                    )   **RECOMMENDATION OF UNITED**
        v.                          )   **STATES MAGISTRATE JUDGE AND**
                                    )   **DENYING CERTIFICATE OF**
ROBERT TRIMBLE, Warden,             )   **APPEALABILITY**
                                    )
                    Respondent.     )
                                    )
                                    )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

        Accordingly, IT IS ORDERED THAT:

        1.      The Report and Recommendation is approved and accepted;

        2.      Judgment be entered denying the Petition and dismissing this action with prejudice; and

        3.      The Clerk serve copies of this Order on the parties.

        Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

1

1  *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate
2  of appealability.

3
4  DATED: July 31, 2013
5
6                                                    DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                    2