# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SANCHEZ AVILA,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT TRIMBLE, Warden,<br><br>    Respondent. | Case No. ED CV 11-0955 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 31, 2013

                                                DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE